BRESLIN SHIRT COMPANY, Respondent, v. UNITED STATES FIDELITY AND GUARANTY COMPANY OF BALTIMORE, MARYLAND, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion denied, and order for examination modified by limiting the examination to be had thereunder to the defense of fraud presented by the 9th paragraph of the amended answer herein. The date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. PHILIP WEINSTEIN & SON, INC., Appellant, v. JACOB A. CANTOR and Others, Constituting the Board of Taxes and Assessments in the City of New York, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

HARLEM WET WASH LAUNDRY CO., INC., Appellant, v. STEPHEN LLOYD and Another, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

ANGELO MATERA and Others, Respondents, v. ISAAC ROSENBERG and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

PHILIP LIPPS and Others, Respondents, v. ABRAHAM TANENHAUS and Another, Appellants.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs, with leave to plaintiff to serve amended complaint on payment of said costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

AMERICAN MANGANESE MANUFACTURING COMPANY, Respondent, v. POPE TRADING CORPORATION, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion denied to extent indicated in order, with ten dollars costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

PACKING HOUSE BY-PRODUCTS CORPORATION, Appellant, v. NEW YORK PRODUCE EXCHANGE SAFE DEPOSIT AND STORAGE CO., Defendant, Interpleaded with CHATHAM AND PHENIX NATIONAL BANK OF THE CITY OF NEW YORK, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

W. & J. SLOANE, Respondent, v. MARY H. HILL, Appellant.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.